# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0463
LT Case No. 2010-CF-004282-A

_____

BRANDON HAUSER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melanie Chase, Judge.

Brandon Hauser, Jasper, pro se.

No Appearance for Appellee.

April 9, 2024

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————